IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIJAH MILLER | : | CIVIL ACTION |
| v. | : | |
| JEROME WALSH, et al. | : | NO. 13-3093 |

FILED JUL 16 2014

## ORDER

AND NOW, this 16th day of July , 2014, upon consideration of the pleadings

and record herein, and after review of the Report and Recommendation of United States

Magistrate Judge Thomas J. Rueter, it is hereby

## ORDERED

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Petitioner's petition for a writ of habeas corpus is **DENIED**;

3. Petitioner's request for an evidentiary hearing is **DENIED**;

4. Petitioner's request for appointment of counsel is **DENIED**; and

5. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

ROBERT F. KELLY,          J.

**ENTERED**

JUL 16 2014

CLERK OF COURT